UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIG CRE 2023 VENTURE LLC and FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Plaintiffs,<br><br>-v.-<br><br>DECO TOWERS ASSOCIATES LLC; ALEX SCHWARTZ; NEW YORK CITY DEPARTMENT OF FINANCE; NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE; FAIRFAX ASSOCIATES INC.; NEW YORK CITY OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS *f/k/a* NEW YORK CITY ENVIRONMENTAL CONTROL BOARD; ACON CONSTRUCTION/REN CORP; LIBERTY ELEVATOR CORPORATION; ARCHSTONE BUILDERS LLC; H&L IRONWORKS CORP.; ELECTROTECH SERVICE EQUIPMENT; NUWAY HEATING COOLING INC.; SAFETY AND QUALITY PLUS INC.; FINEST WINDOW INC.; MC ELECTRICAL NY INC.; METRO R SERVICES INC.; METAL ROOF SUPPLIES INC.; ROSENWACH TANK CO LLC; COHEN, WEISS, AND SIMON *n/k/a* COHEN, WEISS AND SIMON LLP; MEDRITE MIDTOWN WEST LLC; NEW YORK CITY DEPARTMENT OF TRANSPORTATION; and JOHN DOE NO. 1 THROUGH JOHN DOE NO. 100,<br><br>Defendants. | 25 Civ. 2121 (KPF)<br><br><br>**ORDER** |
| SIG CRE 2023 VENTURE LLC and FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Plaintiffs,<br><br>-v.-<br><br>DECO TOWERS ASSOCIATES LLC, SHLOMO WYLER, and ROZZI BUSINESS INC.,<br><br>Defendants. | 25 Civ. 2129 (KPF) |

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of the briefing on the Motions to Remand filed in cases 25 Civ. 2121 and 25 Civ. 2129. The Court clarifies that there is no

conference scheduled for June 13, 2025, as requested in the Notices of Motion to Remand. (25 Civ. 2121, Dkt. #21; 25 Civ. 2129, Dkt. #12). If the Court determines that oral argument would be useful, it will promptly reach out to the parties.

The Clerk of Court is directed to file this Order in both of the above-captioned cases.

SO ORDERED.

Dated:  May 21, 2025
        New York, New York

                                        _____
                                        KATHERINE POLK FAILLA
                                        United States District Judge