UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIG CRE 2023 VENTURE LLC, and FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>                      Plaintiffs,<br><br>vs.<br><br>DECO TOWERS ASSOCIATES LLC, ALEX SCHWARTZ, *et al.*,<br><br>                      Defendants. | Civil Action No. 1:25-cv-2121-KPF<br><br>Hon. Katherine Polk Failla, U.S.D.J. |
| SIG CRE 2023 VENTURE LLC, and FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>                      Plaintiffs,<br><br>vs.<br><br>DECO TOWERS ASSOCIATES LLC, SHLOMO WYLER, and ROZZI BUSINESS INC.,<br><br>                      Defendants. | Civil Action No. 1:25-cv-2129-KPF<br><br>Hon. Katherine Polk Failla, U.S.D.J. |

**FEDERAL DEPOSIT INSURANCE CORPORATION'S NOTICE OF DEVELOPMENTS IN RELATED LITIGATIONS**

Plaintiff Federal Deposit Insurance Corporation ("FDIC") as Receiver for Signature Bridge Bank, N.A. ("FDIC-R"), hereby notifies the Court of pertinent developments in state court. As the parties discussed with the Court at the scheduling conference held on April 16, 2025, defendants Deco Towers Associates LLC and Alex Schwartz filed appeals with the New York Supreme Court, Appellate Division, First Department, following the FDIC-R's removal of these cases to this Court. The FDIC-R moved to dismiss those appeals for lack of jurisdiction on June 20, 2025, and the

First Department granted those motions on August 21, 2025. The orders dismissing the appeals are attached.

Dated: August 21, 2025

        FEDERAL DEPOSIT INSURANCE CORPORATION
        AS RECEIVER FOR SIGNATURE BRIDGE BANK, N.A.
        Jeffrey E. Schmitt, Senior Counsel

        By:    */s/ Anne M. Devens*
        ANNE M. DEVENS, Counsel
        DUNCAN N. STEVENS, Counsel
        3501 Fairfax Drive
        Arlington, VA 22226-3500
        Tel.: (703) 562-2204
        adevens@fdic.gov

        SHERMAN ATLAS SYLVESTER &
        STAMELMAN LLP

        By:    */s/ Craig L. Steinfeld*
        CRAIG L. STEINFELD
        1185 Avenue of the Americas, 3rd Floor
        New York, NY 10036
        Tel.: (212) 763-6466
        csteinfeld@shermanatlas.com
        -and-
        210 Park Avenue, 2nd Floor
        Florham Park, NJ 07932
        (973) 302-9700

        *Attorneys for Federal Deposit Insurance*
        *Corporation, as Receiver for Signature Bridge*
        *Bank, N.A.*

TO:    Attached Service List (Civil Action No. 25-2121) via ECF and email
        Attached Service List (Civil Action No. 25-2129) via ECF and email

**SERVICE LIST (Civil Action No. 25-2121)**

| Plaintiffs | Defendants |
|---|---|
| SIG CRE 2023 Venture LLC, and Federal Deposit Insurance Corporation | Deco Towers Associates LLC, Alex Schwartz, New York City Department of Finance, New York State Department of Taxation and Finance, Fairfax Associates Inc., New York City Office Of Administrative Trials And Hearings f/k/a New York City Environmental Control Board, Acon Construction/Ren Corp, Liberty Elevator Corporation, Archstone Builders LLC, H&L Ironworks Corp., Electrotech Service Equipment, Nuway Heating Cooling Inc., Safety and Quality Plus Inc., Finest Window Inc., MC Electrical NY Inc., Metro R Services Inc., Metal Roof Supplies Inc., Rosenwach Tank Co LLC, Cohen, Weiss, and Simon n/k/a Cohen, Weiss and Simon LLP, Medrite Midtown West LLC, New York City Department of Transportation, and John Doe No. 1 through John Doe No. 100 |
| ATTORNEYS | ATTORNEYS |
| Keith M. Brandofino, Esq.<br>Stacey A. Lara, Esq.<br>Andrea Marie Roberts, Esq.<br>HOLLAND & KNIGHT LLP<br>787 Seventh Avenue, 31st Floor<br>New York, New York 10019<br>(212) 751-3001<br>Keith.Brandofino@hklaw.com<br>Stacey.Lara@hklaw.com<br>Andrea.Roberts@hklaw.com<br>Attorneys for Plaintiff<br>SIG CRE 2023 Venture LLC | Henry J. Bergman, Esq.<br>Rebecca Zittell Green, Esq.<br>MOSES & SINGER LLP<br>405 Lexington Avenue<br>New York, New York 10174<br>(212) 554-7800<br>hbergman@mosessinger.com<br>rzittell@mosessinger.com<br>Attorneys for Defendants<br>Deco Towers Associates LLC and Alex Schwartz<br><br>Joseph Zelmanovitz, Esq.<br>STAHL & ZELMANOVITZ<br>747 3rd Avenue<br>New York, New York 10017<br>(212) 826-6422<br>jzelmanovitz@szlawllp.com<br>Attorneys for Defendant<br>Fairfax Associates Inc. |

| | |
|---|---|
| Craig L. Steinfeld, Esq.<br>SHERMAN ATLAS SYLVESTER &<br>STAMELMAN LLP<br>210 Park Avenue, 2nd Floor<br>Florham Park, NJ 07932<br>(973) 302-9700<br>csteinfeld@shermanatlas.com<br>Attorneys for Plaintiff<br>Federal Deposit Insurance Corporation<br><br>Jeffrey Schmitt, Esq., Senior Counsel<br>Anne M. Devens, Esq., Counsel<br>Duncan N. Stevens, Esq., Counsel<br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION, AS RECEIVER FOR<br>SIGNATURE BRIDGE BANK, N.A.<br>3501 Fairfax Drive, VS-D-7062<br>Arlington, VA 22226<br>(703) 562-2204<br>jschmitt@fdic.gov<br>adevens@fdic.gov<br>dstevens@fdic.gov<br>Attorneys for Plaintiff<br>Federal Deposit Insurance Corporation | Michele Mirro, Esq.<br>NYC DEPARTMENT OF FINANCE<br>375 Pearl Street, 30th Floor<br>New York, New York 10038<br>(212) 748-7228<br>mirrom@finance.nyc.gov<br>Attorneys for Defendant<br>New York City Office of Administrative<br>Trials and Hearings f/k/a New York City<br>Environmental Control Board<br><br>Manoj Ratnakar Andalkar, Esq.<br>ANDALKAR LAW, P.C.<br>456 Pond View Road<br>Petersburgh, New York 12138<br>(917) 920-1160<br>manoj@andalkarlaw.com<br>Attorneys for Defendant<br>Liberty Elevator Corporation<br><br>Christopher Duke Baucom, Esq.<br>Steven Ira Tolman, Esq.<br>ARMSTRONG TEASDALE LLP<br>7 Times Square, Floor 44<br>New York, New York 10036<br>(212) 209-4400<br>stolman@armstrongteasdale.com<br>cbaucom@atllp.com<br>Attorneys for Defendant<br>Archstone Builders LLC<br><br>Michael R. Wood, Esq.<br>Rene Nouri, Esq.<br>CERMELE & WOOD LLP<br>2 Westchester Park Drive, Suite 110<br>White Plains, New York 10604<br>(914) 967-2753<br>mike@cw.legal<br>renee@cw.legal<br>Attorneys for Defendant<br>H&L Ironworks Corp. |

|  | Jennifer S. Smith, Esq.<br>LAW OFFICES OF JENNIFER SMITH PLLC<br>One Liberty Plaza<br>165 Broadway, 23rd Floor<br>New York, New York 10006<br>(347) 342-2213<br>jsmith@jennifersmithlaw.com<br>Attorneys for Defendant<br>Electrotech Service Equipment<br><br>Natasha Andreevna Moskvina, Esq.<br>MOSKVINA LAW, PLLC<br>112 W. 34th Street, Floor 18<br>New York, New York 10120<br>(212) 946-2747<br>nm@moskvinalaw.com<br>Attorneys for Defendant<br>Safety and Quality Plus Inc.<br><br>Jonathan Andrew Samter, Esq.<br>ARTHUR J. SEMETIS, P.C.<br>286 Madison Avenue, Suite 1801<br>New York, New York 10017<br>(212) 557-5054<br>jsamter@semetislaw.com<br>Attorneys for Defendants<br>Metro R Services Inc. and Metal Roof Supplies Inc.<br><br>Almerinda Centore-Sitaras, Esq.<br>SITARAS & ASSOCIATES, PLLC<br>200 Liberty Street, Floor 27<br>New York, New York 10281<br>(212) 430-6410<br>alma@sitaraslaw.com<br>Attorneys for Defendant<br>Rosenwach Tank Co LLC |
|---|---|

|  | Michael Seth Adler, Esq.<br>COHEN, WEISS AND SIMON LLP<br>909 3rd Avenue, Floor 12<br>New York, New York 10022<br>(212) 356-0251<br>madler@cwsny.com<br>Attorneys for Defendant<br>Cohen, Weiss, and Simon n/k/a Cohen, Weiss and Simon LLP<br><br>Joy Tolulope Anakhu, Esq.<br>NEW YORK CITY LAW DEPARTMENT<br>100 Church Street, Floor 3<br>New York, New York 10007<br>(212) 356-2048<br>janakhu@law.nyc.gov<br>Attorneys for Defendant<br>New York Department of Transportation |
|---|---|

## SERVICE LIST (Civil Action No. 25-2129)

| Plaintiffs | Defendants |
|---|---|
| SIG CRE 2023 Venture LLC, and Federal Deposit Insurance Corporation | Deco Towers Associates LLC, Shlomo Wyler, and Rozzi Business Inc. |
| ATTORNEYS | ATTORNEYS |
| Keith M. Brandofino, Esq.<br>Stacey A. Lara, Esq.<br>Andrea Marie Roberts, Esq.<br>HOLLAND & KNIGHT LLP<br>787 Seventh Avenue, 31st Floor<br>New York, New York 10019<br>(212) 751-3001<br>Keith.Brandofino@hklaw.com<br>Stacey.Lara@hklaw.com<br>Andrea.Roberts@hklaw.com<br>Attorneys for Plaintiff<br>SIG CRE 2023 Venture LLC<br><br>Craig L. Steinfeld, Esq.<br>SHERMAN ATLAS SYLVESTER & STAMELMAN LLP<br>210 Park Avenue, 2nd Floor<br>Florham Park, NJ 07932<br>(973) 302-9700<br>csteinfeld@shermanatlas.com<br>Attorneys for Plaintiff<br>Federal Deposit Insurance Corporation<br><br>Jeffrey Schmitt, Esq., Senior Counsel<br>Anne M. Devens, Esq., Counsel<br>Duncan N. Stevens, Esq., Counsel<br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SIGNATURE BRIDGE BANK, N.A.<br>3501 Fairfax Drive, VS-D-7062<br>Arlington, VA 22226<br>(703) 562-2204<br>jschmitt@fdic.gov<br>adevens@fdic.gov<br>dstevens@fdic.gov<br>Attorneys for Plaintiff<br>Federal Deposit Insurance Corporation | Henry J. Bergman, Esq.<br>Rebecca Zittell Green, Esq.<br>MOSES & SINGER LLP<br>405 Lexington Avenue<br>New York, New York 10174<br>(212) 554-7800<br>hbergman@mosessinger.com<br>rzittell@mosessinger.com<br>Attorneys for Defendant<br>Deco Towers Associates LLC<br><br>H. Nicholas Goodman, Esq.<br>NICHOLAS GOODMAN & ASSOCIATES, PLLC<br>333 Park Avenue South, 3A<br>New York, NY 10010<br>(212) 227-9003<br>ngoodman@ngoodmanlaw.com<br>Attorneys for Defendants<br>Shlomo Wyler and Rozzi Business, Inc. |

4916-2123-0945, v. 3

FILED: APPELLATE DIVISION - 1ST DEPT 08/21/2025 09:07 AM    2025-02288
NYSCEF DOC. NO. 9                                                RECEIVED NYSCEF: 08/21/2025

# Supreme Court of the State of New York
# Appellate Division, First Judicial Department

Present – Hon.  Barbara R. Kapnick,            Justice Presiding,
                Martin Shulman
                Julio Rodriguez III
                Bahaati E. Pitt-Burke
                John R. Higgitt,               Justices.

---

SIG CRE 2023 Venture LLC,                Motion No.   **2025-03370**
    Plaintiff,                      Index No.    850248/24
                                          Case No.     2025-02288
Federal Deposit Insurance Company,
    Plaintiff-Respondent,

      -against-

Deco Towers Associates LLC, Alex Schwartz,
    Defendants-Appellants,

New York City Department of Finance, et al.,
    Defendants.

- - - - - - - - - - - - - - - - - - -

SIG CRE 2023 Venture LLC,
    Plaintiff,
                                          Motion No.   2025-03371
Federal Deposit Insurance Company,        Index No.    653589/24
    Plaintiff-Respondent,             Case No.     2025-02309

      -against-

Deco Towers Associates LLC,
    Defendant-Appellant,

Shlomo Wyler and Rozzi Business Inc.,
    Defendants.

Case Nos. 2025-02288　　　　　　　　-2-　　　　　　　　Motion Nos. 2025-03370
　　　　　　2025-02309　　　　　　　　　　　　　　　　　　　　　　　2025-03371

    Appeals having been taken to this Court from orders of the Supreme Court, New York County, each entered on or about March 03, 2025 (Case No. 2025-02288 and Case No. 2025-02309),

    And plaintiff-respondent having moved by separate motions to dismiss the aforementioned appeals (Motion No. 2025-03370; Case No. 2025-02288 and Motion No. 2025-03371; Case No. 2025-02309),

    Now, upon reading and filing the papers with respect to the motions, and due deliberation having been had thereon,

    It is ordered that the motions are granted, and the appeals are dismissed (Motion No. 2025-03370; Case No. 2025-02288, and Motion No. 2025-03371; Case No. 2025-02309).

ENTERED: August 21, 2025

Susanna Molina Rojas
Clerk of the Court

FILED: APPELLATE DIVISION - 1ST DEPT 08/21/2025 09:07 AM   2025-02309
NYSCEF DOC. NO. 9                                           RECEIVED NYSCEF: 08/21/2025

# Supreme Court of the State of New York
# Appellate Division, First Judicial Department

Present – Hon.  Barbara R. Kapnick,           Justice Presiding,
                Martin Shulman
                Julio Rodriguez III
                Bahaati E. Pitt-Burke
                John R. Higgitt,              Justices.

---

SIG CRE 2023 Venture LLC,                     Motion No.  **2025-03370**
   Plaintiff,                  Index No.   850248/24
                                              Case No.    2025-02288
Federal Deposit Insurance Company,
   Plaintiff-Respondent,

    -against-

Deco Towers Associates LLC, Alex Schwartz,
   Defendants-Appellants,

New York City Department of Finance, et al.,
   Defendants.
- - - - - - - - - - - - - - - - - - -
SIG CRE 2023 Venture LLC,
   Plaintiff,
                                              Motion No.  2025-03371
Federal Deposit Insurance Company,            Index No.   653589/24
   Plaintiff-Respondent,       Case No.    2025-02309

    -against-

Deco Towers Associates LLC,
   Defendant-Appellant,

Shlomo Wyler and Rozzi Business Inc.,
   Defendants.

Case Nos. 2025-02288            -2-            Motion Nos. 2025-03370
               2025-02309                                                                                                                     2025-03371

  Appeals having been taken to this Court from orders of the Supreme Court, New York County, each entered on or about March 03, 2025 (Case No. 2025-02288 and Case No. 2025-02309),

  And plaintiff-respondent having moved by separate motions to dismiss the aforementioned appeals (Motion No. 2025-03370; Case No. 2025-02288 and Motion No. 2025-03371; Case No. 2025-02309),

  Now, upon reading and filing the papers with respect to the motions, and due deliberation having been had thereon,

  It is ordered that the motions are granted, and the appeals are dismissed (Motion No. 2025-03370; Case No. 2025-02288, and Motion No. 2025-03371; Case No. 2025-02309).

ENTERED: August 21, 2025

*Susanna Molina Rojas*
Susanna Molina Rojas
Clerk of the Court