**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SIG CRE 2023 VENTURE LLC, and FEDERAL DEPOSIT INSURANCE CORPORATION

                                     Plaintiff,

-against-

DECO TOWERS ASSOCIATES LLC, ALEX SCHWARTZ, NEW YORK CITY DEPARTMENT OF FINANCE, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, FAIRFAX ASSOCIATES INC., NEW YORK CITY OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS F/K/A NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, ACON CONSTRUCTION/REN CORP, LIBERTY ELEVATOR CORPORATION, ARCHSTONE BUILDERS LLC, H&L IRONWORKS CORP., ELECTROTECH SERVICE EQUIPMENT, NUWAY HEATING COOLING INC., SAFETY AND QUALITY PLUS INC., FINEST WINDOW INC., MC ELECTRICAL NY INC., METRO R SERVICES INC., METAL ROOF SUPPLIES INC., ROSENWACH TANK CO LLC, COHEN, WEISS, AND SIMON N/K/A COHEN, WEISS AND SIMON LLP, MEDRITE MIDTOWN WEST LLC,  NEW YORK CITY DEPARTMENT OF TRANSPORTATION, and JOHN DOE NO. 1 THROUGH JOHN DOE NO. 100,

                                    Defendants.

No. 1:25-cv-2121

**NOTICE OF MOTION TO EXTEND TIME TO ANSWER CROSS-CLAIM**

**MEMO ENDORSED**

---

       **PLEASE TAKE NOTICE**, upon the annexed Certification of Thomas Gardner, Esq., dated April 15, 2026 and the exhibits annexed thereto, Defendant Ambient Flooring Inc. will move, pursuant to Fed. R. Civ. P. 24, the United States District Court, Southern District of New York, on **May 6, 2026 at 9:30 a.m.**, or as soon thereafter as counsel can be heard, located at 40 Foley Square, New York, New York 1007, for an Order (a) extending Ambient Flooring Inc.'s tine to answer the March 13, 2026 cross-claim of Defendant Liberty Elevator Corporation until seven (7) days after entry of an Order on this application, pursuant to FRCP 6(b)(1)(B); and (b)

awarding such other and further relief as this Court deems just and proper under the circumstances.

Dated:  New York, New York
         April 17, 2026                              **SKOLNICK LEGAL GROUP, P.C.**

                                                     */s/ Thomas Gardner*
                                                     Martin P. Skolnick
                                                     Thomas Gardner
                                                     18 East 41st Street, 6th Floor
                                                     New York, New York 10017
                                                     Telephone: (212) 744-9600
                                                     *Attorneys for Defendant Ambient Flooring Inc.*

TO:    Clerk of the Court
       United States District Court,
       Southern District of New York
       Thurgood Marshall
       United States Courthouse
       40 Foley Square
       New York, New York 1007

WITH NOTICE TO: *All parties of record via ECF*

Application GRANTED.

The deadline for Ambient Flooring Inc. to respond to Liberty Elevator Corporation's cross-claim is hereby ADJOURNED to **April 27, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 85.

Dated:      April 20, 2026          SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE