**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SIG CRE 2023 VENTURE LLC, and FEDERAL DEPOSIT INSURANCE CORPORATION<br><br>             Plaintiff,<br><br>-against-<br><br>DECO TOWERS ASSOCIATES LLC, ALEX SCHWARTZ, NEW YORK CITY DEPARTMENT OF FINANCE, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, FAIRFAX ASSOCIATES INC., NEW YORK CITY OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS F/K/A NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, ACON CONSTRUCTION/REN CORP, LIBERTY ELEVATOR CORPORATION, ARCHSTONE BUILDERS LLC, H&L IRONWORKS CORP., ELECTROTECH SERVICE EQUIPMENT, NUWAY HEATING COOLING INC., SAFETY AND QUALITY PLUS INC., FINEST WINDOW INC., MC ELECTRICAL NY INC., METRO R SERVICES INC., METAL ROOF SUPPLIES INC., ROSENWACH TANK CO LLC, COHEN, WEISS, AND SIMON N/K/A COHEN, WEISS AND SIMON LLP, MEDRITE MIDTOWN WEST LLC,  NEW YORK CITY DEPARTMENT OF TRANSPORTATION, AMBIENT FLOORING INC. and JOHN DOE NO. 1 THROUGH JOHN DOE NO. 100,<br><br>            Defendants. | No. 1:25-cv-2121<br><br><br>**ANSWER OF DEFENDANT AMBIENT FLOORING INC. TO THE CROSS-CLAIMS OF LIBERTY ELEVATOR CORP.** |

Defendant Ambient Flooring Inc. ("Ambient" or "Defendant"), by and through its undersigned attorneys, submits the following answer the Cross-Claim of Defendant Liberty Elevator Corp. ("Liberty") as follows:

1

1.      Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of Liberty's Cross-Claim.

2.      Defendant the allegations contained in Paragraph 10 of Liberty's Cross-Claim.

3.      Defendant the allegations contained in Paragraph 11 of Liberty's Cross-Claim.

## AFFIRMATIVE DEFENSES

1.      Liberty's cross-claim is barred by a failure to state a claim for which relief can be granted.

2.      Liberty's cross-claim is barred, in whole or in part, by its failure to mitigate damages.

3.      Liberty's cross-claim is barred, in whole or in part, by the equitable theories of estoppel, waiver and laches.

4.      Liberty's cross-claim is barred by the doctrine of unclean hands.

5.      Liberty's cross-claim is barred by the applicable contractual or statutory periods of limitations.

6.      Liberty's cross-claim is barred by the doctrines of set off and recoupment.

7.      Liberty's cross-claim is barred by the doctrines of accord and satisfaction.

8.      Liberty's cross-claim is barred in whole or in part by applicable provisions of the New York Lien Law.

Defendant reserves the right to assert such additional defenses as may become known during discovery herein under applicable substantive law.

Dated:  New York, New York
       April 21, 2026

By:*/s/ Tom Gardner*
Martin P. Skolnick
Thomas B. Gardner
Skolnick Legal Group, P.C.
18 East 41st Street, 6th Floor
New York, New York 10017
Telephone: (212) 744-9600
*Attorneys for Ambient Flooring Inc.*

3